**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MIGUEL MONTERO GUERRA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1240-G** |
| | ) | |
| **PAMELA J. BONDI,** | ) | |
| **A.G. for the United States, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**<u>ORDER</u>**

On January 15, 2026, the Court granted Petitioner Miguel Montero Guerra's Petition

for Writ of Habeas Corpus (Doc. No. 1) to the extent the Petition sought habeas relief

pursuant to 28 U.S.C. § 2241. *See* Order of Jan. 15, 2026 (Doc. No. 18) at 16. On that

date, the Court ordered Respondents to either:

1. "Within three (3) days of the date of this Order, provide Petitioner Miguel Montero Guerra with notification of a records review pursuant to 8 C.F.R. § 241.4(*l*)(3), and thereafter the scheduling of an interview and custody review pursuant to 8 C.F.R. § 241.4(*l*)(3)"; or

2. "Immediately release Petitioner Miguel Montero Guerra into the United States, subject to the terms of his previous Order of Supervision."

*Id.* at 16. Judgment was entered the same day. *See* J. (Doc. No. 19).

On January 20, 2026, Respondents filed a Notice (Doc. No. 20), stating that

Petitioner had been given "notification of a records review pursuant to 8 C.F.R. §

241.4(*l*)(3)," that Respondents "intend[] to imminently execute Petitioner's final order of

removal," and that if Petitioner was not removed, Petitioner would be provided "an

interview, custody review, and final evaluation and determination in due course." *Id.* at 1-2 (emphasis and internal quotation marks omitted).

On March 15, 2026, Petitioner filed a Motion (Doc. No. 23) requesting enforcement of the Court's Order of January 15, 2026. In the Motion, Petitioner represents that as of March 10, 2026, he remains in U.S. Immigration and Customs Enforcement detention "without any . . . notification." *Id.* at 2. Petitioner also states that Respondents have "moved [him]" multiple times, hindering his ability to receive legal mail. *Id.*

Having reviewed the relevant record, the Court finds that an expedited response is warranted. *See Alexander Coreas v. Noem*, No. CIV-26-151-J (W.D. Okla. Mar. 5, 2026) (order).

The Court therefore ORDERS Respondents file a written response to Petitioner's Motion (Doc. No. 23) no later than March 19, 2026.

IT IS SO ORDERED this 17th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2